```
Bank of America/Recontrust Co.
100 N. Tryon St.
Charlotte, NC 28255
```