George Holland, Jr., SB# 216735
Holland Law Firm
1970 Broadway Suite 1030
Oakland, CA 94612
Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| IN RE: | ) Case No.:    2:10-bk-39922-EC |
| | ) Chapter:    13 |
| | ) |
| COREY TERAMANA, | ) **MOTION TO EXTEND TIME FOR** |
| | ) **SUBMITTING INCOMPLETE FILINGS** |
| Debtor. | ) **PERTAINING TO CHAPTER 13** |
| | ) **BANKRUPTCY PETITON** |

The Debtor, by and through Counsel of Record, now applies to the Court for an Order

Extending the Time within which to submit incomplete filings, and hereby represents:

1. This Chapter 13 bankruptcy was filed as a "skeleton" petition on **July 21, 2010**.

2. The deadline to submit the incomplete documents is **August 4, 2010**.

3. This office will require additional time to allow Debtor to obtain required documents.

4. Once Debtor produces the documents, this office will require time to adequately review

    the documents prior to submission.

For the foregoing reasons, Debtor and Counsel respectfully request that the Court enter the order

granting Debtor until **August 18, 2010,** in which to submit incomplete filings.


Dated: August 4, 2010                                      Respectfully Submitted,


                                                           /s/ George Holland, Jr.
                                                           George Holland, Jr.
                                                           Attorney for Debtor

| In re:<br><br>COREY TERAMANA<br><br>Debtor. | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: 2:10-bk-39922-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 Oceangate, 12th Floor, Long Beach, CA 90802

A true and correct copy of the foregoing document described <u>MOTION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITON _</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  08/04/2010  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Chapter 13Trustee       Kathy A. Dockery       efiling@CH13LA.com
Attorney for Debtor      George Holland, Jr.      hlfirm@gmail.com
Office of the U.S. Trustee                        ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 08/04/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

Chambers of the Honorable Ellen Carroll
U.S. Bankruptcy Court
255 East Temple St. Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, <u>08/04/2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08/04/2010 | Christian Cooper | /s/ Christian Cooper |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                 **F 9013-3.1**